USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/8/2024_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBERT GOLDSMITH,

                                *Plaintiff,*

    -against-

**LONG ISLAND RAILROAD COMPANY,**

                              *Defendant.*

**23-CV-09333 (ALC)**

**ORDER OF**
**DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made on

or before **March 8, 2024**.

**SO ORDERED.**

**Dated: January 8, 2024**
    **New York, New York**

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**

1