UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT GOLDSMITH,

                  Plaintiff,

    - against -

LONG ISLAND RAIL ROAD COMPANY,

                  Defendant.
------------------------------------------------------------x

23 Civ. No. 9333 (ALC) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

    The Court is in receipt of Plaintiff's letter dated January 3, 2024 advising the Court that a settlement has been reached in this matter. As such, the Initial Case Management Conference scheduled for January 10, 2024 is adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
                 January 8, 2024

_____
GARY STEIN
United States Magistrate Judge